Jared T. Walker (SB#269029)
2020 Capitol Avenue
Suite 7
Sacramento, CA 95811
T: (916) 476-5044
F: (916) 476-5064
jared@saclawoffices.com

Attorneys for Plaintiff,
ANITA M. REYNA

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA M. REYNA, | Case No.: 2:15-cv-02275-AC |
| Plaintiff, | |
| v. | STIPULATION FOR SECOND EXTENSION OF 14 DAYS FOR PLAINTIFF TO FILE OPENING BRIEF |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file her Motion for Summary Judgment/Remand be extended fourteen (14) days until June 16, 2016.  This is Plaintiff's second request for an extension of time.  Plaintiff's counsel needs additional time to prepare Plaintiff's opening brief due to conflicting deadlines in unrelated matters which counsel has been unable to reschedule. This will be Plaintiff's final extension of time in this action.

///
///
///
///
///
///
///

1   Dated: June 1, 2016                    Respectfully submitted,

2                                          /s/ *Jared T. Walker*
                                           Jared T. Walker,
3                                          Attorney for Plaintiff

4   SO STIPULATED:

5                                          BENJAMIN WAGNER
                                           United States Attorney
6

7   Dated: June 1, 2016                    By: /s/ *Chantal R. Jenkins**
                                           (*authorized by e-mail on 6/1/2016*)
8                                          Chantal R. Jenkins
                                           Special Assistant United States Attorney
9                                          Attorneys for Defendant

10

11

12                                  <u>ORDER</u>

13          It is hereby ORDERED, based on plaintiff's request and defendant's stipulation, that plaintiff

14   will have a fourteen (14) day extension from June 2, 2016 to June 16, 2016 to file plaintiff's opening

15   brief, and that all other scheduling dates set forth in the Scheduling Order shall be extended

16   accordingly.  No further extensions of time will be granted to Plaintiff.

17

18   Dated:  June 2, 2016

19                                          _____
                                            ALLISON CLAIRE
20                                          UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

-2-

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF