PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
Chantal R. Jenkins, SBN PA 307531
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8931
Facsimile: (415) 744-0134
E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ANITA M. REYNA,<br><br>Plaintiff,<br><br>vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:15-cv-02275-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time to September 1, 2016 to respond to Plaintiff's opening brief. The current due date is July 18, 2016. This is Defendant's first request for an extension of time. Defendant respectfully requests this additional time due to a heavy workload. Defendant's counsel is working on an appellate brief, and has another appellate brief due in September. In addition, Defendant's counsel is responsible for managing and briefing forty-seven other matters pending before the District Courts.

This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: July 11, 2016

*/s/ Jared T. Walker by Chantal R. Jenkins**
Jared T. Walker
As authorized *via* email on July 11, 2016
Attorney for Plaintiff

Dated: July 11, 2016

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED:

Dated: July 18, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE